UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

        -v.-

$668.02 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN CITIBANK, N.A., ACCOUNT 4897896885, HELD IN THE NAME OF CHAD LAFOREST, AND ALL FUNDS TRACEABLE THERETO,

$4,741.82 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN CITIBANK, N.A., ACCOUNT ENDING 6893, HELD IN THE NAME OF CHAD LAFOREST, AND ALL FUNDS TRACEABLE THERETO,

$555.07 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN TD BANK ACCOUNT 4345668101, HELD IN THE NAME OF CHAD LAFOREST AND ALL FUNDS TRACEABLE THERETO,

$6.11 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN BANK OF AMERICA, N.A. ACCOUNT 4850449066 HELD IN THE NAME OF ASHLEY WILLHITE, A/K/A "ASHLEY LAFOREST," AND ALL FUNDS TRACEABLE THERETO,

$14.40 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN BANK OF AMERICA, N.A. ACCOUNT 483030632324, HELD IN THE NAME OF DAVID LAFOREST, AND ALL FUNDS TRACEABLE THERETO,

$726.55 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN CITIBANK, N.A. ACCOUNT 4989228629 HELD IN THE

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

JUDGMENT OF FORFEITURE

21 Civ. 09324 (VSB)

| | |
|---|---|
| NAME OF DAVID LAFOREST, AND ALL FUNDS TRACEABLE THERETO, | : |
| | |
| $20.75 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN CITIBANK, N.A. ACCOUNT ENDING 8637 HELD IN THE NAME OF DAVID LAFOREST, AND ALL FUNDS TRACEABLE THERETO, | : : : |
| | |
| $6,688.18 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN ROBINHOOD SECURITIES LLC, AS THE CLEARING BROKER FOR ROBINHOOD FINANCIAL LLC, ACCOUNT 741386841 HELD IN THE NAME OF CHAD LAFOREST, AND ALL FUNDS TRACEABLE THERETO, | : : : : |
| | |
| $6.67 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN ROBINHOOD SECURITIES LLC, AS THE CLEARING BROKER FOR ROBINHOOD FINANCIAL LLC, ACCOUNT 865871438, HELD IN THE NAME OF DAVID LAFOREST, AND ALL FUNDS TRACEABLE THERETO, | : : : |
| Defendants-in-rem. | : |
| | : |
| | : |
| | : |
| | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x |

WHEREAS, on or about November 11, 2021, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that

the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on November 25, 2021, through December 24, 2021, and proof of such publication was filed with the Clerk of this Court on February 7, 2022 (D.E. 3);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem* within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about November 16, 2021, the Government sent direct notice of the Verified Complaint by Federal Express to the following:

>Ashley Willhite
>Cambria Heights, NY 11411
>
>Chad LaForest
>Cambria Heights, NY 11411
>
>David LaForest
>Cambria Heights, NY 11411
>
>Chad LaForest
>New York, NY 10018

(the "Noticed Parties");

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States shall dispose of the Defendants-*in-rem*, according to law.

Dated: New York, New York
February 24, 2022

SO ORDERED:

_____
THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE